# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HAYES, GREGORY                           § Case No. 14-20908-DRC
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that David R. Brown, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30AM on 04/22/2016 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/22/2016          By: _____
                                                                                               Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HAYES, GREGORY § Case No. 14-20908-DRC
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 32,793.00 |
| *and approved disbursements of* | $ 139.73 |
| *leaving a balance on hand of* [1] | $ 32,653.27 |
| **Balance on hand:** | $ 32,653.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 32,653.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 3,547.38 | 0.00 | 3,547.38 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,547.38 |
| Remaining balance: | $ 29,105.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 29,105.89 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 29,105.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,386.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 670.42 | 0.00 | 670.42 |
| 2 | CACH, LLC | 2,955.94 | 0.00 | 2,955.94 |
| 3 | American Express Bank, FSB | 6,760.53 | 0.00 | 6,760.53 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,386.89 |
| Remaining balance: | $ | 18,719.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 13,856.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | US DEPT OF EDUCATION | 13,856.08 | 0.00 | 13,856.08 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 13,856.08 |
| Remaining balance: | $ | 4,862.92 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 4,862.92

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $43.71. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,819.21.

Prepared By: /s/David R. Brown
Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-20908-DRC
Gregory T. Hayes                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: vgossett              Page 1 of 1              Date Rcvd: Mar 31, 2016
                               Form ID: pdf006             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
db            +Gregory T. Hayes,    206 Glengarry Drive,    #205,    Bloomingdale, IL 60108-2343
22012718      +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
22331893       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22012719     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
              (address filed with court: Cach, LLC,    370 17th St.,    Ste. 5000,    Denver, CO 80202)
22012720      +Codilis & Associates, P.C.,    15W030 N. Frontage Road, Ste. 100,    Burr Ridge, IL 60527-6921
22012722      +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
22012726     ++HONDA FEDERAL CREDIT UNION,    17655 ECHO DRIVE,    MARYSVILLE OH 43040-9793
              (address filed with court: Honda Federal Credit Union,    P.O. Box 2290,    Torrance, CA 90509)
22012725      +Harper Woods Condo Association,    Charles Freitag, Jr.,    P.O. Box 497,
               Elmhurst, IL 60126-0497
22012727     #+P. Scott Lowery, P.C.,    5680 Greenwood Plaza Blvd., Ste. 50,    Englewood, CO 80111-2415
22012728      +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
22012729      +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
22620078      +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
22012730      +US Dept. of Education,    2401 International,    P.O. Box 7859,    Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22235611      +E-mail/Text: ebn@squaretwofinancial.com Apr 01 2016 01:42:16      CACH, LLC,
               4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
22012721      +E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23      Discover,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
22128004       E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
22012723      +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2016 01:45:34      GE Capital,    P.O. Box 960061,
               Orlando, FL 32896-0061
22012724      +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2016 01:45:34      GECRB/Financing,
               P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown LLC
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
              Christopher J Stasko    on behalf of Creditor    Federal National Mortgage Association
               ND-Four@il.cslegal.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;IL84@ecfcbis.com;iprice@springerbrown.com
              Gregory J Martucci    on behalf of Debtor 1 Gregory T. Hayes greg@martuccilaw.com,
               liz@martuccilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5
```