**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HAYES, GREGORY                             § Case No. 14-20908-JSB
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $133,765.00                    Assets Exempt: $6,812.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,286.68      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $3,687.11

---

    3) Total gross receipts of $ 32,793.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,819.21 (see **Exhibit 2**), yielded net receipts of $27,973.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,687.11 | 3,687.11 | 3,687.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 24,286.68 | 24,286.68 | 24,286.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $27,973.79 | $27,973.79 | $27,973.79 |

4) This case was originally filed under Chapter 7 on June 03, 2014. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017        By: /s/David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Prudential Insurance Compan | 1129-000 | 32,793.00 |
| **TOTAL GROSS RECEIPTS** | | **$32,793.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HAYES, GREGORY | Dividend paid 100.00% on $4,819.21; Claim# SURPLUS; Filed: $4,819.21; Reference: | 8200-002 | 0.00 |
| U.S. Bankruptcy Court | unclaimed distribution | 8200-002 | 4,819.21 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,819.21** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - David R. Brown | 2100-000 | N/A | 3,547.38 | 3,547.38 | 3,547.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.58 | 34.58 | 34.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.42 | 45.42 | 45.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - ADAMS-LEVINE | 2300-000 | N/A | 14.38 | 14.38 | 14.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.35 | 45.35 | 45.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,687.11** | **$3,687.11** | **$3,687.11** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 670.42 | 670.42 | 670.42 |
| 1I | Discover Bank | 7990-000 | N/A | 1.21 | 1.21 | 1.21 |
| 2 | CACH, LLC | 7100-000 | N/A | 2,955.94 | 2,955.94 | 2,955.94 |
| 2I | CACH, LLC | 7990-000 | N/A | 5.33 | 5.33 | 5.33 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 6,760.53 | 6,760.53 | 6,760.53 |
| 3I | American Express Bank, FSB | 7990-000 | N/A | 12.19 | 12.19 | 12.19 |
| 4 | US DEPT OF EDUCATION | 7200-000 | N/A | 13,856.08 | 13,856.08 | 13,856.08 |
| 4I | US DEPT OF EDUCATION | 7990-000 | N/A | 24.98 | 24.98 | 24.98 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $24,286.68 | $24,286.68 | $24,286.68 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20908-JSB  **Trustee:** (330580) David R. Brown
**Case Name:** HAYES, GREGORY  **Filed (f) or Converted (c):** 06/03/14 (f)
 **§341(a) Meeting Date:** 06/27/14
**Period Ending:** 04/07/17  **Claims Bar Date:** 09/30/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Debtors Town Home 0 S. 780 Jefferson Court Winf | 128,700.00 | 0.00 | | 0.00 | FA |
| 2 Cash | 1.00 | 0.00 | | 0.00 | FA |
| 3 Checking Account Bmo Harris Bank Carol Stream, I | 150.00 | 0.00 | | 0.00 | FA |
| 4 Savings Account Bmo Harris Bank Carol Stream, Il | 10.00 | 0.00 | | 0.00 | FA |
| 5 Used Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 Books, Pictures, Cds + Dvds | 100.00 | 0.00 | | 0.00 | FA |
| 7 Used Clothing | 85.00 | 0.00 | | 0.00 | FA |
| 8 Camera | 25.00 | 0.00 | | 0.00 | FA |
| 9 Whole Life Insurance Prudential Insurance Compan | 33,158.00 | 31,411.00 | | 32,793.00 | FA |
| 10 401K - Lynfred Winery John Hancock P.O. Box 1760 | 200.00 | 0.00 | | 0.00 | FA |
| 11 Ira - Bmo Harris 111 E. Kilbourn Ave., Ste. 200 | 127.00 | 0.00 | | 0.00 | FA |
| 12 Brokerage Account H. Beck, Inc. 6500 Rockridge D | 1.00 | 0.00 | | 0.00 | FA |
| 13 2003 Honda Crv | 3,366.00 | 0.00 | | 0.00 | FA |
| **13 Assets Totals** (Excluding unknown values) | **$166,923.00** | **$31,411.00** | | **$32,793.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

 Trustee is awaiting liquidation of life insurance and turnover of proceeds. Hopefully within next thirty days

**Initial Projected Date Of Final Report (TFR):** April 30, 2016  **Current Projected Date Of Final Report (TFR):** March 22, 2016 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-20908-JSB  
**Case Name:** HAYES, GREGORY  

**Taxpayer ID #:** \*\*-\*\*\*3188  
**Period Ending:** 04/07/17  

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*8400 - Checking  
**Blanket Bond:** $77,173,558.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/15 | {9} | Gregory T Hayes | turnover of cash value of life insurance | 1129-000 | 32,793.00 | | 32,793.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.58 | 32,758.42 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.42 | 32,713.00 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 14.38 | 32,698.62 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.35 | 32,653.27 |
| 05/02/16 | 103 | David R. Brown | Dividend paid 100.00% on $3,547.38, Trustee Compensation;  Reference: | 2100-000 | | 3,547.38 | 29,105.89 |
| 05/02/16 | 104 | HAYES, GREGORY | Dividend paid 100.00% on $4,819.21; Claim# SURPLUS; Filed: $4,819.21; Reference: Stopped on 08/15/16 | 8200-002 | | 4,819.21 | 24,286.68 |
| 05/02/16 | 105 | American Express Bank, FSB | Combined Check for Claims#3,3I | | | 6,772.72 | 17,513.96 |
| | | | Dividend paid 100.00%    6,760.53 on $6,760.53;  Claim# 3; Filed: $6,760.53 | 7100-000 | | | 17,513.96 |
| | | | Dividend paid 100.00%    12.19 on $12.19;  Claim# 3I; Filed: $12.19 | 7990-000 | | | 17,513.96 |
| 05/02/16 | 106 | CACH, LLC | Combined Check for Claims#2,2I | | | 2,961.27 | 14,552.69 |
| | | | Dividend paid 100.00%    2,955.94 on $2,955.94;  Claim# 2; Filed: $2,955.94 | 7100-000 | | | 14,552.69 |
| | | | Dividend paid 100.00%    5.33 on $5.33;  Claim# 2I; Filed: $5.33 | 7990-000 | | | 14,552.69 |
| 05/02/16 | 107 | Discover Bank | Combined Check for Claims#1,1I | | | 671.63 | 13,881.06 |
| | | | Dividend paid 100.00%    670.42 on $670.42;  Claim# 1; Filed: $670.42 | 7100-000 | | | 13,881.06 |
| | | | Dividend paid 100.00%    1.21 on $1.21;  Claim# 1I; Filed: $1.21 | 7990-000 | | | 13,881.06 |
| 05/02/16 | 108 | US DEPT OF EDUCATION | Combined Check for Claims#4,4I | | | 13,881.06 | 0.00 |
| | | | Dividend paid 100.00%    13,856.08 on $13,856.08;  Claim# 4; Filed: $13,856.08 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00%    24.98 on $24.98;  Claim# 4I; Filed: $24.98 | 7990-000 | | | 0.00 |
| 08/15/16 | 104 | HAYES, GREGORY | Dividend paid 100.00% on $4,819.21; Claim# | 8200-002 | | -4,819.21 | 4,819.21 |
| | | | Subtotals : | | $32,793.00 | $27,973.79 | |

{} Asset reference(s)

Printed: 04/07/2017 11:29 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-20908-JSB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | HAYES, GREGORY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8400 - Checking |
| Taxpayer ID #: | **-***3188 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 04/07/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | SURPLUS; Filed: $4,819.21; Reference: Stopped: check issued on 05/02/16 | | | | |
| 08/29/16 | 109 | U.S. Bankruptcy Court | unclaimed distribution | 8200-002 | | 4,819.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,793.00 | 32,793.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,793.00 | 32,793.00 | |
| | | | Less: Payments to Debtors | | | 4,819.21 | |
| | | | **NET Receipts / Disbursements** | | **$32,793.00** | **$27,973.79** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8400** | 32,793.00 | 27,973.79 | 0.00 |
| | **$32,793.00** | **$27,973.79** | **$0.00** |